**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7757**

---

JERRY RAYSOR, a/k/a Jerry Razor,

Petitioner - Appellant,

versus

WILLIE EAGLETON, Warden; EVANS CORRECTIONAL
INSTITUTION,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  David C. Norton, District Judge.
(CA-01-2656-7-18BG)

---

Submitted:  February 14, 2002        Decided:  February 26, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jerry Raysor, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Raysor seeks to appeal the district court's order denying relief on his petition, construed as filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Raysor v. Eagleton, No. CA-01-2656-7-18BG (D.S.C. Sept. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2